**Wubanchi Haile INGDASHET, Petitioner,**

v.

**U.S. IMMIGRATION & NATURALIZATION SERVICE; John Ashcroft, Attorney General, Respondents.**

No. 02–1960.

United States Court of Appeals, Fourth Circuit.

Submitted April 21, 2003.

Decided June 4, 2003.

denial of a motion to reopen must be reviewed with extreme deference, since immigration statutes do not contemplate reopening and the applicable regulations disfavor motions to reopen. *M.A. v. INS,* 899 F.2d 304, 308 (4th Cir.1990) (en banc). We have reviewed the administrative record, the Board's order and the IJ's decision and find no abuse of discretion.

We accordingly deny the petition for review. We dispense with oral argument because the facts and legal arguments are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*

Jeffrey Kantor, Arlington, Virginia, for Petitioner. Robert D. McCallum, Jr., Assistant Attorney General, Linda S. Wendtland, Assistant Director, Shelley R. Goad, Office of Immigration Litigation, United States Department of Justice, Washington, D.C., for Respondents.

Before LUTTIG, MICHAEL, and GREGORY, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

PER CURIAM.

Wabanchi Haile Ingdashet, a native and citizen of Ethiopia, seeks review of a decision of the Board of Immigration Appeals ("Board") dismissing her appeal from the immigration judge's ("IJ") order denying her motion to reopen. We review the denial of a motion to reopen for abuse of discretion. 8 C.F.R. § 3.2(a) (2002); *INS v. Doherty,* 502 U.S. 314, 323–24, 112 S.Ct. 719, 116 L.Ed.2d 823 (1992); *Stewart v. INS,* 181 F.3d 587, 595 (4th Cir.1999). A

